**21 MAG 11365**

Approved: _____
MATTHEW R. SHAHABIAN
Assistant United States Attorney

Before:   THE HONORABLE STEWART D. AARON
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - - X
                                         :  SEALED COMPLAINT
UNITED STATES OF AMERICA                 :
                                         :  Violations of 18 U.S.C.
           - v. -                        :  §§ 922(g)(1), 924(a)(2)
                                         :  and 2
FREDDY SERRANO, JR.,                     :
                                         :  COUNTY OF OFFENSE:
           Defendant.                    :  BRONX
                                         :
- - - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

MEGAN QUINN, being duly sworn, deposes and says that she is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and charges as follows:

**COUNT ONE**
(Felon in Possession of Firearms)

1. On or about November 9, 2021, in the Southern District of New York and elsewhere, FREDDY SERRANO, JR., the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a Ruger .380 caliber LCP semiautomatic handgun and a North American Arms .22 caliber magnum revolver, and the firearms were in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.)

The bases for my knowledge and the foregoing charges are, in part, as follows:

2. I am a Special Agent with ATF. This affidavit is based on my personal participation in the investigation of this matter, my conversations with other law enforcement officers,

witnesses and others, my review of surveillance videos, as well as my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

      3.   I have learned the following from my review of law enforcement reports and my conversations with law enforcement officers:

      a.   On or about November 9, 2021, FREDDY SERRANO, JR., the defendant, was arrested by New York City Police Department ("NYPD") officers in a hotel room ("the Hotel Room") in the Bronx, New York.

      b.   SERRANO was the only occupant in the Hotel Room at the time he was arrested.

      c.   NYPD officers subsequently searched the Hotel Room pursuant to a judicially-authorized search warrant and recovered two loaded firearms hidden in the mattress: a Ruger .380 caliber LCP semiautomatic handgun (the ".380") and a North American Arms .22 caliber model magnum revolver (the ".22").

      d.   I know from my review of photographs taken by NYPD officers that the .380 has distinctive white markings on the top and side of the firearm.  A photograph of the .380 ("Photo-1") appears below:



    e. A photograph of the .22 ("Photo-2") appears below:



  4. Based on my review of a cellphone ("Cellphone-1") taken from FREDDY SERRANO, JR., the defendant, upon his arrest, which was searched pursuant to a judicially-authorized search warrant, I have learned that one of the photos on Cellphone-1 ("Photo-3") depicts four firearms displayed on an unidentified surface.  A portion of a photograph I took of Photo-3 as displayed on Cellphone-1 appears below:



  5. I know from my training and experience that the firearm displayed in the top-right portion of Photo-3 appears to

be a Ruger semiautomatic handgun.  Based on my comparison of Photo-3 to Photo-1 and other photographs of the .380 taken by NYPD officers, I know that the Ruger semiautomatic handgun depicted in Photo-3 has the same white markings as the .380 recovered from the Hotel Room.

6.   I know from my training and experience that the firearm displayed in the bottom-left portion of Photo-3 appears to be a small caliber North American Arms revolver.  Based on my comparison of Photo-3 to Photo-2 and other photographs of the .22 taken by NYPD officers, I know that the North American Arms revolver depicted in Photo-3 looks identical to the .22 recovered from the Hotel Room.

7.   Based on my communications with an ATF Special Agent who is familiar with the manufacturing of firearms and ammunition and who reviewed photographs of the .380 and .22, I know that the .380 and the .22 were not manufactured in the State of New York.

8.   Based on my review of criminal history records pertaining to FREDDY SERRANO, JR., the defendant, I know that SERRANO was convicted on or about September 18, 2015, in Bronx County Supreme Court, for Assault in the Second Degree: With Intent to Cause Serious Physical Injury, in violation of New York Penal Law § 120.05(01), a class D felony, for which SERRANO was sentenced to two years' imprisonment.

WHEREFORE, deponent respectfully requests that FREDDY SERRANO JR., the defendant, be imprisoned or bailed, as the case may be.

/s/ Megan Quinn, by SDA with permission
_____
Megan Quinn
Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn to before me by reliable
electronic means this 24th day of
November, 2021

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK